AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

NOV 26 2013

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. M-13-2085-M |
| Omar Fidencio ROJAS | ) | |
| DOB: 1981  USC | ) | |
| Weslaco, Texas | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  01/2010-07/2011  in the county of  Hidalgo  in the
Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 846, 841(a)(1) and 841(b)(1)(A) | Conspiracy to possess with intent to distribute 1,000 kilograms or more of a mixture or substance containing a detectable amount of marijuana. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Approved,
Jaws SL

*Complainant's signature*

DEA Special Agent Robert Birney

*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 26, 2013  9:02 am

City and state: McAllen, Texas

*Judge's signature*

US Magistrate Judge Peter E. Ormsby

*Printed name and title*

ATTACHMENT "A"

From 2011 to 2013, agents have been investigating the Tomas Gonzalez (Gonzalez) drug trafficking organization which is responsible for the distribution of thousands of kilograms of marijuana. The investigation revealed that the Gonzalez DTO would transport the marijuana from the Rio Grande Valley to various northern destinations, including Tennessee and Alabama. The investigation revealed that several associates of Gonzalez, including Omar Rojas (Rojas), conspired with and assisted Gonzalez in his narcotics trafficking activities.

A source of information (SOI1) informed agents that in approximately late 2009 to early 2010, Rojas began working for the Gonzalez DTO. According to SOI1, Rojas began assisting Gonzalez with his narcotics and money laundering activities after another associate of Gonzalez' became upset with Gonzalez. SOI 1 observed Rojas on numerous occasions accompanying and assisting Gonzalez by coordinating the transportation of the marijuana.

Another source of information (SOI2) stated that SOI2 is aware that Rojas assisted Gonzalez by coordinating the transportation of loads of marijuana. SOI2 informed agents that Rojas would acquire and distribute the cellular telephones which were used to coordinate the transportation of the marijuana to various members of the organization.

A cooperating defendant (CD1) informed agents that Rojas assisted Gonzalez by coordinating the wrapping and preparation of large loads of marijuana from approximately late 2009 until about March of 2011. CD1 stated that Rojas assisted Gonzalez by communicating Gonzalez' instructions to the other conspirators and coordinating the acquisition of tractor-trailer drivers for the loads. According to CD1, Rojas assisted Gonzalez in numerous loads, and that the loads, which were transported to Tennessee and Alabama, consisted of thousands of kilograms of marijuana.

Another cooperating defendant (CD2) informed agents that CD2 observed Rojas assisting Gonzalez during numerous loads by coordinating the preparation of the marijuana and instructing others based upon Gonzalez' instructions. CD2 also stated that these loads consisted of thousands of kilograms of marijuana which were transported to Tennessee and Alabama.