IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

DEC - 3 2013

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF | § § § | 7:13-mj-2085-01<br>CASE NUMBER |
| v. | § § § | Peter E. Ormsby<br>MAGISTRATE JUDGE PRESIDING |
| OMAR FIDENCIO ROJAS<br>DEFENDANT | § § § § | Carmel Ramirez   Karen Lopez<br>Courtroom Clerk   ERO |
| | § § § | Detention Hearing<br>PROCEEDING |
| | § § § | Defendant<br>EXHIBIT LIST OF |
| | § § § | December 3, 2013<br>DATE |

| NO. | DESCRIPTION | MARKED | OFFERED | OBJ. | ADMITTED | DATE ADM. |
|---|---|---|---|---|---|---|
| 1 | Photograph-Girls Weslaco Basketball Team & Deft Rojas coaching them | X | X | NO | X | 12/3/2013 |
| 2 | Photograph- Deft Rojas Coaching Cowboys Football team on the field | X | X | NO | X | 12/3/2013 |
| 3 | Photograph of plaque - Special Thanks to Deft Rojas, Head Coach Cowboys 2013 | X | X | NO | X | 12/3/2013 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |







