Case 7:13-cr-01154   Document 13   Filed in TXSD on 08/28/13   Page 1 of 4

**UNSEALED**
★ 9|11|13

Clerk, U.S. District Court
Southern District of Texas
FILED

AUG 2 8 2013

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | Criminal No.  M-13-1154-S1 |
| | § | |
| JACORY OBRIEN GREATHOUSE | § | |
| TOMAS REYES GONZALEZ | § | |
| also known as "EL GALLO" | § | **SEALED** |
| ✶ HECTOR NICOLAS RODRIGUEZ, SR. ⟩ § | | |
| ✶ HECTOR NICOLAZ RODRIGUEZ, JR. ⟩ § | (9/11/2013   cr) | |
| also known as "NIKO" | § | |
| also known as "NICK" | § | |
| JAMAIL MARQUECE THOMAS | § | |

## SEALED SUPERSEDING INDICTMENT

### THE GRAND JURY CHARGES:

### Count One

From on or about January 1, 2007 and continuing up to and including the date of the return of the indictment, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

> **TOMAS REYES GONZALEZ**
> **also known as "EL GALLO"**
> **HECTOR NICOLAS RODRIGUEZ, SR.**
> **HECTOR NICOLAZ RODRIGUEZ, JR.**
> **also known as "NICO"**
> **also known as "NICK"**
> **and**
> **JAMAIL MARQUECE THOMAS**

did knowingly and intentionally conspire and agree together and with other person or persons known and unknown to the Grand Jurors, to knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 1,000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

Case 7:13-cr-01154   Document 13   Filed in TXSD on 08/28/13   Page 2 of 4

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## Count Two

On or about March 7, 2009, in the Southern District of Texas and within the jurisdiction

of the Court, defendant,

**TOMAS REYES GONZALEZ**
**also known as "EL GALLO"**

did knowingly and intentionally conspire and agree with other person or persons known and

unknown to the Grand Jurors, to knowingly and intentionally possess with intent to distribute a

controlled substance.  The controlled substance involved was 5 kilograms or more of a mixture

or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## Count Three

On or about September 1, 2009, in the Southern District of Texas, and within the

jurisdiction of the Court, defendants,

**TOMAS REYES GONZALEZ**
**also known as "EL GALLO"**
**HECTOR NICOLAS RODRIGUEZ, SR.**
**and**
**HECTOR NICOLAZ RODRIGUEZ, JR.**
**also known as "NICO"**
**also known as "NICK"**

did knowingly and intentionally possess with intent to distribute a controlled substance.  The

controlled substance involved was 100 kilograms or more, that is, approximately 580 kilograms

of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled

substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and

Title 18, United States Code, Section 2.

Case 7:13-cr-01154   Document 13   Filed in TXSD on 08/28/13   Page 3 of 4

## Count Four

On or about March 5, 2011, in the Southern District of Texas, and within the jurisdiction of the Court, defendant,

### TOMAS REYES GONZALEZ
### also known as "EL GALLO"

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 1,000 kilograms or more, that is, approximately 1,093 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## Count Five

On or about July 29, 2013, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

### JACORY OBRIEN GREATHOUSE
### and
### TOMAS REYES GONZALEZ
### also known as "EL GALLO"

did knowingly and intentionally conspire and agree together and with other person or persons known and unknown to the Grand Jurors, to knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

## Count Six

On or about July 29, 2013, in the Southern District of Texas, and within the jurisdiction of the Court, defendants,

Case 7:13-cr-01154   Document 13   Filed in TXSD on 08/28/13   Page 4 of 4

**JACORY OBRIEN GREATHOUSE**
**and**
**TOMAS REYES GONZALEZ**
**also known as "EL GALLO"**

did knowingly and intentionally possess with intent to distribute a controlled substance. The

controlled substance involved was 100 kilograms or more, that is, approximately 332 kilograms

of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled

substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and

Title 18, United States Code, Section 2.

A TRUE BILL.

FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

MICHAEL E. HESS
ASSISTANT UNITED STATES ATTORNEY