UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 7:13-CR-1154-1, 2, 3, 4 & 5 |
| | § | |
| JACORY OBRIEN GREATHOUSE, | § | |
| TOMAS GONZALEZ, | § | |
| HECTOR NICOLAS RODRIGUEZ, SR. | § | |
| HECTOR NICOLAS RODRIGUEZ, JR., | § | |
| and JAMAIL THOMAS | § | |

## ORDER GRANTING UNOPPOSED CONTINUANCE

Came on to be considered Defendant Hector Nicolas Rodriguez, Sr.'s Motion for Continuance which was unopposed by the Government, and the Court, after considering same, finds that the failure to grant the Defendant's Motion for Continuance would likely make a continuation of this proceeding impossible or result in a miscarriage of justice and, consequently, finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendant in a speedy trial.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the unopposed Motion for Continuance is hereby **GRANTED,** and this case is continued, as to all of the above named Defendants, for the reasons stated above.

It is further **ORDERED** that the Final Pretrial (previously set for November 1, 2013) in this case is hereby reset for November 26, 2013, at 9:00 a.m. and Jury Selection is hereby reset for December 3, 2013, at 9:30 a.m. in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, McAllen, Texas, as to all of the above named Defendants.

The Clerk shall send a copy of this order to the Defendant, Defendants' counsel, and counsel for the Government.

SO ORDERED this 29th day of October, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge