UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

NOV 12 2013

David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| v. § | Criminal No. M-13-1154-S2 |
| § | |
| JACORY OBRIEN GREATHOUSE § | |
| TOMAS REYES GONZALEZ § | |
| also known as "EL GALLO" § | |
| HECTOR NICOLAS RODRIGUEZ, SR. § | |
| HECTOR NICOLAZ RODRIGUEZ, JR. § | |
| also known as "NIKO" § | |
| also known as "NICK" § | |
| JAMAIL MARQUECE THOMAS § | |
| ELOY GONZALEZ § | |
| WILLIAM CHAMPION GONZALEZ § | |
| FEDERICO ~~FREDERICO~~ ERIK RODRIGUEZ § | |
| (11/27/13) MIGUEL PLACENCIA, xIII  (11/27/13) § | |
| FRANCISCO/RIOS § | |
| JAVIER (12/4/2013 cr) | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about January 1, 2007 and continuing up to and including the date of the return of the indictment, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

TOMAS REYES GONZALEZ
also known as "EL GALLO"
HECTOR NICOLAS RODRIGUEZ, SR.
HECTOR NICOLAZ RODRIGUEZ, JR.
also known as "NICO"
also known as "NICK"
JAMAIL MARQUECE THOMAS
ELOY GONZALEZ
WILLIAM CHAMPION GONZALEZ
FEDERICO ~~FREDERICO~~ ERIK RODRIGUEZ
and
MIGUEL PLACENCIA, III

Case 7:13-cr-01154   Document 58   Filed in TXSD on 11/12/13   Page 2 of 6
Case 7:13-cr-01154   Document 58   Filed in TXSD on 11/12/13   Page 2 of 6
Case 7:13-cr-01154   Document 58   Filed in TXSD on 11/12/13   Page 2 of 6

did knowingly and intentionally conspire and agree together and with other person or persons known and unknown to the Grand Jurors, to knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 1,000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

On or about March 7, 2009, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**TOMAS REYES GONZALEZ**
**also known as "EL GALLO"**

did knowingly and intentionally conspire and agree with other person or persons known and unknown to the Grand Jurors, to knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Three

On or about September 1, 2009, in the Southern District of Texas, and within the jurisdiction of the Court, defendants,

**TOMAS REYES GONZALEZ**
**also known as "EL GALLO"**
**HECTOR NICOLAS RODRIGUEZ, SR.**
**and**
**HECTOR NICOLAZ RODRIGUEZ, JR.**
**also known as "NICO"**
**also known as "NICK"**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 100 kilograms or more, that is, approximately 580 kilograms

of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

### Count Four

On or about March 5, 2011, in the Southern District of Texas, and within the jurisdiction of the Court, defendant,

**TOMAS REYES GONZALEZ**
**also known as "EL GALLO"**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 1,000 kilograms or more, that is, approximately 1,093 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### Count Five

On or about July 29, 2013, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JACORY OBRIEN GREATHOUSE**
**and**
**TOMAS REYES GONZALEZ**
**also known as "EL GALLO"**

did knowingly and intentionally conspire and agree together and with other person or persons known and unknown to the Grand Jurors, to knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

### Count Six

On or about July 29, 2013, in the Southern District of Texas, and within the jurisdiction of the Court, defendants,

**JACORY OBRIEN GREATHOUSE**
**and**
**TOMAS REYES GONZALEZ**
**also known as "EL GALLO"**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 100 kilograms or more, that is, approximately 332 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

### Count Seven

From on or about January 1, 2007 to on or about August, 7, 2013, in the Southern District of Texas, and within the jurisdiction of the Court, defendants,

**TOMAS REYES GONZALEZ**
**also known as "EL GALLO"**
**and**
**FRANCISCO JAVIER RIOS**

did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the grand jury, to knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce which in fact involved the proceeds of a specified unlawful activity, that is, the distribution of controlled substances, in violation of Title 21, United States Code, knowing that the transaction was designed in whole or

Case 7:13-cr-01154   Document 58   Filed in TXSD on 11/12/13   Page 5 of 6
Case 7:13-cr-01154   Document 58   Filed in TXSD on 11/12/13   Page 5 of 6
Case 7:13-cr-01154   Document 58   Filed in TXSD on 11/12/13   Page 5 of 6

in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of the specified unlawful activity.

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (h).

## NOTICE OF FORFEITURE

As a result of the foregoing violations of Title 21, United States Code, defendants,

**TOMAS REYES GONZALEZ**
**also known as "EL GALLO"**
**HECTOR NICOLAS RODRIGUEZ, SR.**
**HECTOR NICOLAZ RODRIGUEZ, JR.**
**also known as "NICO"**
**also known as "NICK"**
**JAMAIL MARQUECE THOMAS**
**ELOY GONZALEZ**
**WILLIAM CHAMPION GONZALEZ**
**FEDERICO** ~~FREDERICO~~ **ERIK RODRIGUEZ**
**MIGUEL PLACENCIA, III**
**and**
**FRANCISCO/RIOS**
**JAVIER**

shall, pursuant to Title 21, United States Code, Section 853(a), forfeit to the United States all property constituting or derived from any proceeds obtain either directly or indirectly from said violations as well as all property used or intended to be used in any manner to commit or facilitate the commission of said violations.

If any property subject to forfeiture by Title 21, United States Code, Section 853(a), as a result of any act or omission of any defendant:

(1)   cannot be located upon the exercise of due diligence;

(2)   has been transferred or sold to a third person or entity;

(3)   has been placed beyond the jurisdiction of the Court;

(4)   has been substantially diminished in value; or

(5)   has been commingled with other property which cannot be subdivided without difficulty;

Case 7:13-cr-01154   Document 58   Filed in TXSD on 11/12/13   Page 6 of 6
Case 7:13-cr-01154   Document 58   Filed in TXSD on 11/12/13   Page 6 of 6
Case 7:13-cr-01154   Document 58   Filed in TXSD on 11/12/13   Page 6 of 6

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek the forfeiture of any and all other property of said defendants as substitute assets for the property whose forfeiture has been impeded for reasons (1), (2), (3), (4), or (5) described above.

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY