UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA

v.

Omar Fidencio Rojas, et al.

Defendant

Case No.: 7:13–cr–01154
Judge Randy Crane

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Dorina Ramos

**PLACE:**

United States District Court
1701 W. Bus. Hwy. 83
McAllen, TX

**DATE:** 12/27/13

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Arraignment

Date:   December 24, 2013

David J. Bradley, Clerk