United States District Court
Southern District of Texas
FILED

DEC 27 2013

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | CR. NO. M-13-1154-SI-01 |
| JACORY OBRIEN GREATHOUSE | * | |

### ORDER

The Court, having considered the Waiver of Presence at Arraignment on Superseding Indictment of the defendant JACORY OBRIEN GREATHOUSE, in the above styled and numbered cause set for December 27, 2013 at 11:00 a.m., is of the opinion that the waiver is voluntary and hereby cancels his Presence at the Arraignment on Superseding Indictment in the above referenced case.

DONE, this the 27 day of December, 2013 at McAllen, Texas.

_____
HONORABLE DORINA RAMOS
UNITED STATES MAGISTRATE JUDGE