UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. M-13-1154-S3 |
| JOSE A. PADILLA | § | |

### DEFENDANT'S PROFFER OF INFORMATION FOR THE COURT'S CONSIDERATION IN RECONSIDERING DEFENDANT'S RELEASE FROM CUSTODY PENDING TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Jose A. Padilla, by and through his retained and undersigned attorney, files Defendant's Proffer of Information for the Court's Consideration in Reconsidering Defendant's Release from Custody Pending Trial:

Defendant's Name: Jose A. Padilla (Age 53)

Defendant's DOB: January 7, 1960

Defendant's POB: Donna, Texas

Defendant's Education: High School (11th grade) GED

Defendant's Father: Juan Gilberto Padilla (Age 75 US Citizen by Birth)
    Father's Employment: Transportation Department, Donna ISD

Defendant's Mother: Viola Lucille Padilla (Aged 72 US Citizen by Birth)
    Mother's Employment: Housewife, 3 sisters born in the US

Defendant's wife: Diana Padilla (Age 53) Retired state employee, Texas Department of
    Health and Human Resources

Defendant's Daughter: Joanna Padilla, US Citizen by Birth; Masters Degree and
    Counselor in Donna ISD

Defendant's Son: Joseph Andrew Padilla, US Citizen by Birth; Student University of
    Texas at Austin, majoring in Marketing and Advertising

Defendant's Siblings, 7: 5 adult males and 2 adult females all born in the US
    Roy Padilla: Retired Assistant Chief of Police, Donna PD; presently Chief of
        Police at Donna ISD.
    Edward Padilla: Truancy Officer for Donna ISD.

        Susan Padilla: Manager of Texas Migrant Council
        Rene Padilla: Disabled
        Fabian Padilla: Disabled
        Johnny Padilla: Social Worker
        Sylvia Padilla: School Counselor

Defendant's First Cousin: Ruben De Leon, Chief of Police, Donna Texas

Defendant's Employment: Roger's Fruit Packing Company in Donna, Texas after high school for several years; Police Officer, Donna PD for several years; Deputy Sheriff, Hidalgo County Sheriff's Department under Brig Marmolejo, Henry Escalon, and Lupe Trevino (**32 years in law enforcement); present rank: commander**

**Defendant's present employment status: Employment as Deputy Sheriff and Commander terminated by Sheriff Lupe Trevino causing the loss of Defendant's annual salary of $78,000.00, and probably losing his life and health insurance policies with the County of Hidalgo.**

**Defendant is not a risk of flight and not a danger to society (to any person in the community).**

**Conditions of Release which the Court may impose will reasonably assure the appearance of Defendant at all proceedings in the case before the district court and the safety of any person and the community.**

**Electronic monitoring is not necessary in this case and should be deleted as a condition of the bond.**

Some of the above and foregoing information may already be included in the pretrial release officer's report submitted to the Court and is not intended to be repetitious, but only informative for the Court's consideration. If any of the above information is incorrect, the undersigned attorney, on behalf of the Defendant, reserves the right to correct it on the record at the time of the hearing for reconsideration of the bond or any other hearing.

        Respectfully submitted,

        THE CISNEROS LAW FIRM, L.L.P.
        312 Lindberg Avenue
        McAllen, Texas 78501
        Telephone No.: (956) 682-1883
        Facsimile No.:  (956) 682-0132

        /s/   *Joe A. Cisneros*
        Joe A. Cisneros
        Federal I.D. No. 3922
        Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of December, 2013, a copy of Defendant's Proffer of Information for the Court's Consideration in Reconsidering Defendant's Release from Custody Pending Trial has been filed electronically and a copy sent to the United States Attorney's Office and all other counsel through the Court's electronic filing system.

/s/ *Joe A. Cisneros*
Joe A. Cisneros