UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:13-CR-1154-12 |
| | § | |
| JOSE A. PADILLA | § | |

## ORDER GRANTING
## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTIONS

Defendant Padilla's Motion for Extension of Time to File Motions Without Objection by the Government [Doc. No. 143], having been considered by the Court, is hereby GRANTED.

The deadline of January 3, 2014, for Defendant to file all motions is hereby extended to January 17, 2014.

SO ORDERED this 6th day of January, 2014, at McAllen, Texas.

_____
Randy Crane
United States District Judge