UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:13-CR-1154-10 |
| | § | |
| FRANCISCO JAVIER RIOS | § | |

### ORDER

Came on to be considered Defendant Rios's Motion To Allow Attorney Bruce S. Harvey to appear *Pro Hac Vice* in the above matter [Doc. No. 105].

It is, therefore, ORDERED, ADJUDGED, and DECREED that the Motion is hereby GRANTED, and Attorney Bruce S. Harvey is allowed to appear *Pro Hac Vice* for the purpose of representing the Defendant in this case only.

SO ORDERED this 28th day of January, 2014, at McAllen, Texas.

_____
Randy Crane
United States District Judge