UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:13-CR-1154-12 |
| | § | |
| JOSE A. PADILLA | § | |

## ORDER GRANTING SUBSTITUTION OF COUNSEL

Defendant Jose A. Padilla's Unopposed Motion Requesting the Court to Withdraw Joe A. Cisneros as his Attorney of Record and to Substitute Attorney Dennis Ramirez for Joe A. Cisneros as Defendant's Attorney of Record [Doc. No. 170], having been considered by the Court, is hereby **GRANTED**. Attorney Dennis Ramirez is substituted for attorney Joe A. Cisneros who is withdrawn from further representation of Defendant in this matter.

SO ORDERED this 28th day of January, 2014, at McAllen, Texas.

_____
Randy Crane
United States District Judge