UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 7:13-CR-1154-1, 2, 3, 4, 5, |
| | § | 6, 7, 8, 9, 10, 11 & 12 |
| JACORY OBRIEN GREATHOUSE, | § | |
| TOMAS GONZALEZ, | § | |
| HECTOR NICOLAS RODRIGUEZ, SR., | § | |
| HECTOR NICOLAZ RODRIGUEZ, JR., | § | |
| JAMAIL THOMAS, | § | |
| ELOY GONZALEZ, | § | |
| WILLIAM CHAMPION GONZALEZ, | § | |
| FEDERICO ERIK RODRIGUEZ, | § | |
| MIGUEL PLACENCIA, III, | § | |
| FRANCISCO JAVIER RIOS, | § | |
| OMAR FEDENCIO ROJAS, and | § | |
| JOSE A. PADILLA | § | |

## ORDER GRANTING UNOPPOSED CONTINUANCE

Came on to be considered the various Motions for Continuance filed by eleven of the twelve Defendants in this case which were unopposed by the Government, and the Court, after considering same, finds that the failure to grant the Defendants' Motions for Continuance would likely make a continuation of this proceeding impossible or result in a miscarriage of justice and, consequently, finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendant in a speedy trial.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the unopposed Motions for Continuance are hereby **GRANTED,** and this case is continued, as to all of the above named Defendants, for the reasons stated above.

It is further **ORDERED** that the Final Pretrial (previously set for January 31, 2014) in this case is hereby reset for March 28, 2014, at 9:00 a.m., and Jury Selection is hereby reset for

April 1, 2014, at 9:30 a.m. in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, McAllen, Texas, as to all of the above named Defendants.

The Clerk shall send a copy of this order to the Defendants' counsel and counsel for the Government.

SO ORDERED this 30th day of January, 2014, at McAllen, Texas.

_____
Randy Crane
United States District Judge