UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:13-CR-1154 |
| | § | |
| JACORY OBRIEN GREATHOUSE, *et al*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER SETTING STATUS CONFERENCE**
**AS TO ALL DEFENDANTS**

IT IS HEREBY ORDERED that this matter is set for status conference as to all Defendants on February 28, 2014, at 10**:**30 a.m**.** before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

The purpose of this status conference is to determine any outstanding discovery issues, determine the status of any rearraignment possibilities and to ensure that those desiring to proceed to trial will be ready to do so as currently scheduled for the April docket. This conference shall be in accordance with the requirements of F.R.Cr.P. Rule 43(b)(3) therefore the presence of Defendants is NOT required although any Defendants that desire to attend may do so and the Court will direct the USMS to bring all Defendants who are in custody to the hearing.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED this 20th day of February, 2014, at McAllen, Texas.

_____
Randy Crane
United States District Judge