UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:13-CR-1154-1 |
| | § | |
| JACORY OBRIEN GREATHOUSE | § | |

**ORDER SETTING SUPPRESSION HEARING**

IT IS HEREBY ORDERED that this matter is set for suppression hearing on April 22, 2014, at 11**:**00 a.m**.** before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED this 4th day of April, 2014, at McAllen, Texas.

_____
Randy Crane
United States District Judge