U.S. Department of Justice  
Washington, D.C.  
05/23/14/bc

Criminal Docket

M-13-2085-M

__McALLEN__   Division

CR. No. __M-13-1154-S5__

**INDICTMENT**  Filed: August 7, 2013       Judge: __RANDY CRANE__  
**SEALED SUPERSEDING INDICTMENT**  Filed: August 28, 2013  
**SUPERSEDING INDICTMENT**  Filed: November 12, 2013  
**SEALED SUPERSEDING INDICTMENT**  Filed: December 20, 2013  
**CRIMINAL INFORMATION**  Filed: April 17, 2014  
**SUPERSEDING INDICTMENT**  Filed: May, 27, 2014

County: Hidalgo  
Lions #: **2013R21789**  
UNITED STATES OF AMERICA  
v.

Attorneys:  
KENNETH MAGIDSON, U.S. ATTORNEY  
ANIBAL J. ALANIZ, ASST. U.S. ATTORNEY  
JAMES STURGIS, ASST. U.S. ATTORNEY

OMAR FIDENCIO ROJAS            Cts. 1-12    Reynaldo M. Merino, Ret'd, (956) 630-2000  
*Custody: 11/26/2013*

Charge(s):
- **Ct. 1:** Conspiracy to possess with intent to distribute 1,000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.  
  Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).
- **Ct. 2:** Possession with intent to distribute 100 kilograms or more, that is, approximately 922 kilograms of a mixture or substance containing a detectable amount of marijuana.  
  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.
- **Ct. 3:** Possession with intent to distribute 100 kilograms or more, that is, approximately 928 kilograms of a mixture or substance containing a detectable amount of marijuana.  
  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.
- **Ct. 4:** Possession with intent to distribute 1,000 kilograms or more, that is, approximately 1,093 kilograms of a mixture or substance containing a detectable amount of marijuana.  
  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.
- **Ct. 5:** Conspiracy to engage in money laundering  
  Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (h).
- **Cts. 6-12:** Engaging in monetary transaction in property derived from specified unlawful activity.  
  Title 18, United States Code, Sections 1957 and 2.

Total Counts **(12)**

Penalty:
- Cts. 1 & 4:  Imprisonment for 10 yrs.* to life and/or a $10,000,000.00 fine and at least a 5 yr. SRT (*MANDATORY MINIMUM) (as to each count).
- Cts. 2 & 3:  Imprisonment for 5 yrs. to 40 yrs. and/or a $5,000,000.00 fine and at least a 4 yr. SRT (as to each count).

<u>Cts. 5 - 12:</u>   Imprisonment for 20 yrs. and/or a fine of not more than $500,000 or twice the value of the property involved in the transaction, whichever is greater, and not more than 3 yrs. SRT (as to each count).

Agency:   <u>Department of Public Safety – Jorge Lopez – X3D4-130030</u>
<u>Drug Enforcement Administration – Omar Cervantes – MA-11-0229</u>
<u>Homeland Security Investigations – Jean Paul Reneau – MC13CR11MC0046</u>

Date
<u>Proceedings</u>